```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05764
    KENNY L LAWS
    RALPHINE LAWS                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-2436      SSN XXX-XX-2914

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/30/2007 and was not confirmed.

    The case was dismissed without confirmation 10/31/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
--------------------------------------------------------------------------

OVERLAND BOND & INVESTME  SECURED VEHIC    3575.00          .00       105.00
OVERLAND BOND & INVESTME  UNSECURED        2293.22          .00          .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  PRIORITY        18315.23          .00          .00
ACCOUNT RECOVERY SERVICE  UNSECURED       NOT FILED         .00          .00
ACN                       UNSECURED         318.44          .00          .00
ASPIRE                    UNSECURED        1397.82          .00          .00
ASCENSION RECOVERY        UNSECURED       NOT FILED         .00          .00
BUREAU OF COLLECTION REC  UNSECURED       NOT FILED         .00          .00
CAPITAL ONE               UNSECURED         882.20          .00          .00
CALVARY PORTFOLIO SVCS    UNSECURED       NOT FILED         .00          .00
CCS INC                   UNSECURED       NOT FILED         .00          .00
CERTEGY                   UNSECURED       NOT FILED         .00          .00
CITY OF CHICAGO PARKING   UNSECURED        3950.00          .00          .00
COLUMBUS BANK & TRUST     UNSECURED       NOT FILED         .00          .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED         .00          .00
DANIEL M KRUSS MD         UNSECURED       NOT FILED         .00          .00
ILLINOIS ATTORNEY GENERA  UNSECURED         486.00          .00          .00
DEPENDON COLLECTION SE    UNSECURED       NOT FILED         .00          .00
FIRST MIDWEST BANK        UNSECURED       NOT FILED         .00          .00
H AND F LAW               UNSECURED       NOT FILED         .00          .00
HUMANA                    UNSECURED       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED         .00          .00
KCA FINANCIAL SERVICES    UNSECURED       NOT FILED         .00          .00
LEADING EDGE RECOVERY SO  UNSECURED       NOT FILED         .00          .00
MEDICAL RECOVERY SPECIAL  UNSECURED       NOT FILED         .00          .00
NCO                       UNSECURED       NOT FILED         .00          .00
NICOR GAS                 UNSECURED         737.85          .00          .00
NICOR GAS                 UNSECURED       NOT FILED         .00          .00
NORTHWEST PREMIUM SERVIC  UNSECURED       NOT FILED         .00          .00
AT & T WIRELESS           UNSECURED         501.67          .00          .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 05764 KENNY L LAWS & RALPHINE LAWS

```
PAYTECH                         UNSECURED       NOT FILED             .00              .00
PROVIDIAN FINANCIAL             UNSECURED       NOT FILED             .00              .00
RISK MANAMENT ALTERNATIV        UNSECURED       NOT FILED             .00              .00
RMI/MCSI                        UNSECURED       NOT FILED             .00              .00
RMI/MCSI                        UNSECURED       NOT FILED             .00              .00
RMI/MCSI                        UNSECURED         1350.00             .00              .00
RUSH OAK PARK HOSPITAL          UNSECURED       NOT FILED             .00              .00
TELE COLLECTION SYSTEMS         UNSECURED       NOT FILED             .00              .00
TQSA                            UNSECURED       NOT FILED             .00              .00
TRACKERS INC                    UNSECURED       NOT FILED             .00              .00
UNIVERSITY PATHOLOGISTS         UNSECURED       NOT FILED             .00              .00
US CELLULAR                     UNSECURED       NOT FILED             .00              .00
WAL MART STORES INC             UNSECURED       NOT FILED             .00              .00
WFFINANCE                       UNSECURED       NOT FILED             .00              .00
FIRST MIDWEST BANK              SECURED NOT I         .00             .00              .00
INTERNAL REVENUE SERVICE        UNSECURED         2902.76             .00              .00
ILLINOIS DEPT OF REVENUE        PRIORITY          1393.35             .00              .00
ILLINOIS DEPT OF REVENUE        UNSECURED          690.25             .00              .00
ROBERT J SEMRAD & ASSOC         REIMBURSEMENT       40.00             .00            40.00
ROBERT J SEMRAD & ASSOC         DEBTOR ATTY      2,000.00                          1,425.17
TOM VAUGHN                      TRUSTEE                                              107.51
DEBTOR REFUND                   REFUND                                               253.84

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 1,931.52

PRIORITY                                              40.00
SECURED                                              105.00
UNSECURED                                               .00
ADMINISTRATIVE                                     1,425.17
TRUSTEE COMPENSATION                                 107.51
DEBTOR REFUND                                        253.84
                        --------------         --------------
TOTALS                  1,931.52                   1,931.52
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
  Dated: 01/25/08               _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE